**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>vs.<br>Jay Thomas Nez,<br>    Defendant. | 08-04330MP-001-PCT-MEA<br>**ORDER** |

    The defendant appeared in court and admitted to violating his conditions of probation as alleged in paragraphs A, B, C and E of the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

    IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions and special conditions. However the defendant may pay his monetary penalties and the rate of $20.00 per month.

    IT IS FURTHER ORDERED that the defendant's supervised probation is extended for two (2) years to terminate on September 4, 2011.

    IT IS FURTHER ORDERED that allegation D is DISMISSED upon oral motion of the United States.

    DATED this 4th day of September, 2009.

                                               Mark E. Aspey<br>
                                         United States Magistrate Judge